Opinion issued May
17, 2012.








 



 

 

 

 









 








 

     

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00881-CV

____________

 

ETC NGL TRANSPORT, LLC, Appellant

 

V.

 

OCCIDENTAL CHEMICAL CORPORATION, Appellee

 

 

 



On Appeal from the 189th District Court 

Harris County, Texas

Trial Court Cause No. 2011-30775

 

 

 



MEMORANDUM
OPINION

          The parties
have filed an “Agreed Motion to Set Aside Trial Court Order.” They represent
that they have reached an agreement to settle this matter and request that we
set aside an order of the trial court without regard to the merits and remand the
case to the trial court for rendition of an order in accordance with the
parties’ agreement.  See Tex. R. App. P. 42.1(a)(2)(B).


Accordingly, we grant the motion, set
aside the trial court’s order of September 22, 2011 without regard to the
merits, and remand this cause to the trial court for rendition of an order in
accordance with the parties’ agreement.  See
id.  

We dismiss any other pending motions
as moot.  We direct the Clerk to issue the
mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Jennings and Keyes.